UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT ET AL.,

                               Plaintiffs,

             -v-

AUTOMATED BUILDING MANAGEMENT
SYSTEMS, INC. ET AL.

                               Defendants.

25 Civ. 6308 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 19, 2025, defendants filed a motion to dismiss plaintiffs' complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Dkt. 20. Under Rule 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend its complaint once as a matter of course. On October 9, 2025, plaintiffs filed a timely amended complaint. Dkt. 21. Plaintiffs did so, however, without the benefit of a responsive pleading.

Pursuant to Rule 15(a)(2), a party ordinarily may only further amend its pleading with the opposing party's written consent or leave of the Court. Defendants' answer or motion to dismiss is due November 4, 2025. In the event defendants move to dismiss, the Court, consistent with its ordinary practice, will permit plaintiffs a final opportunity to amend.[1]

---

[1] If plaintiffs do amend, by 21 days thereafter, defendants shall: (1) file an answer, (2) file a new motion to dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating they rely on their previously filed motion to dismiss. If defendants file a new motion to dismiss or rely on their previous motion, plaintiffs' opposition will be due 14 days thereafter, and defendants' reply, if any, will be due seven days after that.

1

It is further ORDERED that if no amended complaint is filed, plaintiff shall serve any opposition to the motion to dismiss by November 4, 2025. Defendants' reply, if any, shall be filed by November 18, 2025.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 14, 2025
      New York, New York