COHN BAUGHMAN
2000 ARCH STREET, SUITE 301
PHILADELPHIA, PA 19103
(856) 380-8900
FAX: (856) 380-8901

WRITER'S DIRECT DIAL: (856) 380-8905
WRITER'S EMAIL: emmett.mcgowan@mclolaw.com

July 28, 2026

**Via ECF**
Honorable Paul A. Engelmayer
United States Courthouse
40 Foley Square
New York, NY 10007

**RE: The Travelers Indemnity Company of Connecticut., et al. v. Pacific Indemnity Company, et al.1:25-cv-06308**

Dear Judge Engelmayer,

Pursuant to Section 1.E of the Court's Individual Rules, I am writing on behalf of Defendants to request an adjournment of the initial pretrial conference that is currently scheduled for Tuesday, August 11, 2026, at 2 p.m. I request that the conference be rescheduled for August 17th, August 19th, August 20th, or August 31st.

Defendants previously requested one extension of time, specifically an extension of time to respond to Plaintiffs' Complaint [doc. no. 16]. The request was granted [doc. no. 17].

Plaintiffs' counsel consents to Defendants' request to adjourn the initial pretrial conference.

I thank Your Honor for your attention to this.

Respectfully,

Emmett McGowan

Emmett E. McGowan, III

cc: All counsel of record (via ECF)

GRANTED. The conference is adjourned to September 9, 2026 at 9 a.m. The location and any deadlines specified in the Court's prior order remain unchanged.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 28, 2026
New York, New York